UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>AMERI-CORE CONCRETE SAWING, INC., a California corporation; BUSINESS ALLIANCE INSURANCE COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CV 22-05222 DSF (GJSx)<br><br>JUDGMENT |

The Court having entered a default judgment in favor of Plaintiffs,

It is ordered, adjudged and decreed that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against AMERI-CORE CONCRETE SAWING, INC., a California corporation as follows:

1.    Unpaid contributions     $13,542.64

2.    Liquidated damages based on original

| | | |
|---|---|---:|
| | contributions | 8,989.65 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to January 17, 2022 (accruing at $4.32 per day) | 3,489.55 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 1,951.94 |
| | **GRAND TOTAL** | **$27,684.34** |

5. Plus costs to be determined after entry of judgment pursuant to a bill of costs.

6. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 4.25% per annum.

DATED: January 17, 2023

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE